IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LEAH N. JINKINS et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:22-cv-00100-M |
| CENTENNIAL BANK f/k/a/ HAPPY STATE BANK, | § § § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is Defendant's Motion to Abate Discovery. ECF No. 58. The Motion is unopposed. ECF No. 60. The Motion is **GRANTED.** This case and all associated deadlines are hereby **STAYED** pending the outcome of *Jamie Lynn Williams v. Happy State Bank*, Case No. 23-0692, currently pending before the Supreme Court of Texas. The Clerk of Court is directed to administratively close this case for statistical purposes.

**SO ORDERED**.

December 8, 2023.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE